IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN L. COLLINS                                                                PLAINTIFF

v.                              No. 1:17-cv-3-DPM-JJV

TRACY HAZZLEWOOD, CPL,
Cleburne County Detention Center;
KIM RACKLEY, CPL, Cleburne County
Detention Center; TERESA VAUGHN,
Nurse, Dr. Vaughn's Practice; ANEGLO
ALDRIGHETTI, Jail Administrator, Cleburne
County Detention Center; and CODY
HOLLDORFF, Jailer, Cleburne County
Detention Center                                                                 DEFENDANTS

ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). This case will proceed only on Collins's claims about access to medication. All his other claims, and Defendant Holldorff, are dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2017